# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN COFFIN and CYNTHIA COFFIN,

    Plaintiffs,

v.                                                             CASE NO: 8:07-cv-835-T-26TBM

STACY BRANDAU, individually f/k/a
STACY FERRIS, and JAMES LUTZ,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant Brandau's Motion to Reschedule Mediation Conference (Dkt. 19) is granted. The parties shall confer *personally* within the next seven (7) days and agree on another mediation date convenient to all of the parties and their counsel and file an amended notice of mediation. If the parties are unable to agree, the Court will schedule a hearing at which all counsel will have to attend *personally*.

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2008.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record